JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanrio Co., Ltd and Sanrio, Inc., <br><br> Plaintiffs, <br> v. <br><br> Styles I Love, Inc. dba StylesILove.com and fenncocom, Hin W. Hui a/k/a Wayne Hui, Chu C. Ngan a/k/a Cherry Ngan, and Does 1 through 10, inclusive, <br><br> Defendants. | Case 2:18-cv-08976-ODW (JCx) <br><br> CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiffs Sanrio Co., Ltd. and Sanrio, Inc. (collectively "Plaintiffs"), and Defendants Styles I Love, Inc. dba StylesILove.com and fenncocom, Hin W. Hui a/k/a Wayne Hui, and Chu C. Ngan a/k/a Cherry Ngan (collectively "Defendants") in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' Stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1. This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2. Plaintiffs are the owner or exclusive licensee of all rights in and to the copyright and trademark registrations listed in Exhibits "A" and "B," attached hereto and incorporated herein by this reference, and the trademarks and copyrights associated with the same ("Plaintiffs' Properties").

3. Plaintiffs have expended considerable resources in the creation and commercial exploitation of Plaintiffs' Properties on merchandise and in the enforcement of the intellectual property rights in Plaintiffs' Properties.

4. Plaintiffs have alleged that Defendants have made unauthorized uses of Plaintiffs' Properties or substantially similar likenesses or colorable imitations thereof.

5. Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with them who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiffs' Properties, including, but not limited to, manufacturing, importing, distributing, advertising, selling, offering for sale, any unauthorized product which features any of Plaintiffs' Properties ("Unauthorized Products"), and, specifically:

   a) Importing, manufacturing, distributing, advertising, selling, offering for sale, the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

b) Importing, manufacturing, distributing, advertising, selling, or offering for sale, any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties;

c) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs, or are affiliated with Plaintiffs; or

d) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs.

6. Each side shall bear its own fees and costs of suit.

7. Plaintiffs are entitled to, and shall recover from Defendants, the maximum sum of One Hundred Fifty Thousand Dollars ($150,000.00), pursuant to the terms of the parties' Release and Settlement Agreement dated and effective December 13, 2018.

8. All claims alleged in the Complaint are dismissed without prejudice.

9. This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

10. The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

11. The Court shall retain jurisdiction over Defendants and of this action to entertain such further proceedings and to enter such further orders as may be necessary or

appropriate to implement and enforce the provisions of this Injunction or of the parties' Release and Settlement Agreement dated and effective December 13, 2018.

DATED: January 2, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

# EXHIBIT A

# SANRIO CO.'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) |
|---|---|
| TX 3-769-888 | SANRIO 1993 Product and Sales Promotion Catalog |
| VAu 684-322 | Sanrio 2005 Character Guide |
| VA 1-303-874 | Character Merchandising |
| VA 1-296-115 | 2004 – 100 Characters |
| VA 1-370-517 | Cotton Flower Summer 2006 Catalog No. 0602 |
| VA 148-780 | Hello Kitty Notebook |
| VA 1-342-775 | Sanrio 2002 Hello Kitty Style Guide |
| VAu 1-078-385 | Sanrio 2010 Character Guide |
| VAu 1-223-912 | Sanrio Character Mini Brochure 2015 |
| Vau 531-649 | Hello Kitty Head Dress 2001 |
| VA 1-434-211 | Hello Kitty with Teddy Bear Stickers (Supplement) |
| VA 246-420 | Hello Kitty with Teddy Bear Stickers |
| VA 811-440 | Bad Badtz Maru |
| VA 1-296-111 | CHARMMY KITTY / August 04 |
| VAu 498-617 | Chococat |
| VA 130-420 | Hello Kitty |
| VA 148-624 | Hello Kitty, Little Twin Stars, My Melody and Robby Rabbit Independence Day Stickers (Supplement) |
| VA 1-434-209 | Hello Kitty, Little Twin Stars, My Melody and Robby Rabbit Independence Day Stickers |
| VA 636-579 | KeroKeroKeroppi |
| VA 707-212 | KeroKeroKeroppi |
| VA 1-416-373 | keepin' it green (KEROPPI) |
| VA 1-370-525 | Hello Kitty Everyday Catalog October 2005 |
| VA 1-434-208 | Little Twin Stars with Unicorn Stickers |
| VA 246-421 | Little Twin Stars |
| VA 130-422 | Little Twin Stars |
| VA 840-495 | Monkichi |
| VA 130-419 | My Melody |
| VA 1-370-524 | MyMelody&KuromiHelloKittyEverydayCatalogDecember2005 |
| VA 130-421 | Patty & Jimmy |
| VA 636-582 | Pekkle |
| VA 840-496 | Picke Bicke |
| VA 636-580 | Pochaco |
| VA 148-625 | Tuxedo Sam |
| VA 840-494 | Winkipinki |
| VA 636-581 | Zashikibuta |
| VA 1-352-721 | Keroppi / Little Frog…Big Splash |
| Vau 1-078-385 | Sanrio 2010 Character Guide |
| VA 657-748 | KOBUTA NO PIPPO |
| VA 1-342-774 | SANRIO 2005 KEROPPI STYLE GUIDE |
| Vau 655-028 | THE RUNABOUTS – 2001 |
| VA 1-416-374 | TENORIKUMA(BLUE CAFE), MY MELODY(HEART), KUROMI(KUROMI5), CHARMMY KITTY(RABBIT), |

| | |
|---|---|
| | HELLO KITTY(LOGO) EVERYDAY CAT.JUNE 2006 |
| VA 1-416-375 | MASYUMARU(INTRO); CINNAMOROLL(SPORT); SUGARBUNNIES(DOUGHNUTS); CHARMMYKITTY(RABBIT); LITTLE TWIN STARS(STARS); HELLO KITTY(BEAR); EVERYDAY CATALOG JULY 2006 |
| VA 1-370-020 | PANDAPPLE(INTRO), FROOLIEMEW(FANCY), CHOCOCAT(DOT)/SANRIO 2005 PRODUCT CATALOG AUG NEW |
| VA 1-967-937 | Strawberry News No. 548/ Introducing Kirimichan and Gudetama, et al. |
| VA 1-303-873 | DOKIDOKI HOTDOG / THE CHILI PEPPER TRIO / CATALOG EVERYDAY 5 MAY 2003 |
| VA 1-967-946 | GUDETAMA Fan Book |
| VA 1-962-577 | Gudetama Clear Folder |
| VA 1-967-947 | Gudetama Philosophy |
| VAu 1-307-709 | AGGRETSUKO/AGGRESSIVERETSUKO |
| VA 2-102-318 | AGGRETSUKO/AGGRESSIVERETSUKO: Smartphone Application Stamp Images |
| VA 2-090-677 | AGGRETSUKO/AGGRESSIVERETSUKO Book of Phrases and Expressions |

# EXHIBIT B

# SANRIO CO.'S TRADEMARKS

| Trademark | Trademark Registration No. | Trademark Registration Date |
|---|---|---|
| Chococat | 2705164 | 4/8/2003 |
| Chococat | 2707592 | 4/15/2003 |
| Hello Kitty (image) | 1277721 | 5/15/1984 |
| Hello Kitty (image) | 1370105 | 11/12/1985 |
| Hello Kitty (image) | 1200083 | 7/6/1982 |
| Hello Kitty (image) | 4854849 | 11/17/2015 |
| Hello Kitty (image) | 4850654 | 11/10/2015 |
| Hello Kitty (image) | 4818053 | 9/22/2015 |
| Hello Kitty (image) | 4858350 | 11/24/2015 |
| HELLO KITTY | 1279486 | 5/29/1984 |
| HELLO KITTY | 1215436 | 11/9/1982 |

| | | |
|---|---|---|
| HELLO KITTY | 4845735 | 11/3/2015 |
| HELLO KITTY | 4845741 | 11/3/2015 |
| HELLO KITTY | 1391550 | 4/29/1986 |
| HELLO KITTY | 4850604 | 11/10/2015 |
| HELLO KITTY | 4845728 | 11/3/2015 |
| KEROPPI | 3181348 | 12/5/2006 |
| KEROPPI | 3531380 | 11/11/2008 |
| KEROPPI | 1985359 | 7/9/1996 |
| KEROPPI | 3436548 | 5/27/2008 |
| KEROKEROKEROPPI | 3531378 | 11/11/2008 |
| LITTLE TWIN STARS | 1341864 | 6/18/1985 |
| LITTLE TWIN STARS | 1192946 | 4/6/1982 |
| LITTLE TWIN STARS | 3245994 | 5/29/2007 |
| LITTLE TWIN STARS | 3245993 | 5/29/2007 |
| LITTLE TWIN STARS | 3245998 | 5/29/2007 |
| LITTLE TWIN STARS | 3245992 | 5/29/2007 |
| MY MELODY | 1210192 | 9/28/1982 |
| MY MELODY | 1305637 | 11/20/1984 |
| BADTZ MARU | 2284470 | 10/12/1999 |
| POCHACCO | 2236507 | 4/16/1999 |
| CHARMMY KITTY | 3096135 | 5/23/2006 |
| CHARMMY KITTY | 3505706 | 9/23/2008 |

| Mark | Registration No. | Date |
|---|---|---|
| CINNAMOROLL | 2957587 | 5/31/2005 |
| CINNAMOROLL | 2955391 | 5/24/2005 |
| CINNAMOROLL | 2955392 | 5/24/2005 |
| Sanrio (logo) | 2696063 | 3/11/2003 |
| Sanrio (logo) | 4850572 | 11/10/2015 |
| Sanrio (logo) | 4850574 | 11/10/2015 |
| Sanrio (logo) | 4850575 | 11/10/2015 |
| Sanrio (logo) | 2742381 | 7/29/2003 |
| Sanrio (logo) | 4854803 | 11/17/2015 |
| Sanrio (logo) | 2435865 | 3/13/2001 |
| Sanrio (logo) | 2721680 | 6/3/2003 |
| Sanrio Smiles (logo) | 2435866 | 3/13/2001 |
| Sanrio Smiles (logo) | 2742384 | 7/29/2003 |
| Sanrio Smiles (logo) | 2737068 | 7/15/2003 |
| Sanrio Smiles (logo) | 2434191 | 3/6/2001 |
| Bow design | 3359801 | 12/25/2007 |
| Bow design | 3272377 | 7/31/2007 |

| | | |
|---|---|---|
| (bow image) | 3359800 | 12/25/2007 |
| (bow image) | 3260857 | 7/10/2007 |
| (Hello Kitty outline) | 3868138 | 10/26/2010 |
| (Hello Kitty outline) | 3751315 | 2/23/2010 |
| (Gudetama image) | 5074715 | 11/1/2016 |
| (Gudetama image) | 5246978 | 7/18/2017 |
| (Gudetama image) | 5065602 | 10/18/2016 |
| GUDETAMA | 5074714 | 11/1/2016 |
| GUDETAMA | 5246977 | 7/18/2017 |
| GUDETAMA | 5251702 | 7/25/2017 |
| GUDETAMA | 5065600 | 10/18/2016 |
| gudetama the lazy egg | 5242102 | 7/11/2017 |

| | | |
|---|---|---|
| gudetama the lazy egg | 5065601 | 10/18/2016 |
| gudetama the lazy egg | 5237626 | 7/4/2017 |
| KUROMI | 3583904 | 3/3/2009 |
| KUROMI | 3693052 | 10/6/2009 |
| PEKKLE | 2053346 | 4/15/1997 |
| AHIRU NO PEKKLE | 1986898 | 7/161/1996 |